UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTOREY LLC, MONTOREY DANYELL HARPER,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES, UN, NATO,<br><br>Defendants. | Case No.: 17cv1636-MMA (MDD)<br><br>**ORDER DENYING MOTION TO PROCEED *IN FORMA PAUPERIS***<br><br>[Doc. No. 2] |

On August 14, 2017, Plaintiffs Montorey LLC and Montorey Danyell Harper filed this action against the United States, UN, and NATO. Plaintiff Montorey Harper simultaneously filed a motion to proceed *in forma pauperis* ("IFP"). Doc. No. 2.

All parties instituting any civil action, suit or proceeding in a district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of $400. *See* 28 U.S.C. § 1914(a). An action may proceed despite a plaintiff's failure to prepay the entire fee only if he is granted leave to proceed IFP pursuant to 28 U.S.C. § 1915(a). *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999). "To proceed *in forma pauperis* is a privilege not a right." *Smart v. Heinze*, 347 F.2d 114, 116 (9th Cir. 1965). A party need not be completely destitute to proceed *in forma pauperis*. *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339–40 (1948). But "the same even-handed care must be employed to assure that federal funds are not squandered to

underwrite, at public expense, either frivolous claims or the remonstrances of a suitor who is financially able, in whole or in material part, to pull his own oar." *Temple v. Ellerthorpe*, 586 F. Supp. 848, 850 (D.R.I. 1984). Further, although only one filing fee is required per case, where there are multiple plaintiffs, a court may consider the availability of funds from each of the plaintiffs in determining whether to grant IFP status. *See Nur v. Blake Development Corp.*, 664 F. Supp. 430, 431 (N.D. Ind. 1987).

Plaintiff Montorey Harper states that has a monthly income of $4,231.00 per month—$2,915.00 in disability payments, and $1,316.00 in other funds. He also avers that he has $220.00 in cash and $80.88 in bank accounts. Plaintiff states that his monthly expenses amount to $3,100.00, meaning that his net income amounts to more than $1,000.00 per month. Accordingly, the Court finds Plaintiff is able to pay the $400 filing fee in order to institute this action. Thus, the Court **DENIES** without prejudice Plaintiff's motion to proceed IFP. Doc. No. 2; *see* Civ. L.R. 3.2. Within **fourteen days** of the date of this Order, Plaintiff shall either: (a) pay the requisite $400 filing fee, or (b) file a renewed motion for IFP containing the requisite information regarding his ability to pay the costs of commencing this action. If Plaintiff fails to timely submit payment or a renewed motion for IFP, this case shall be dismissed.

**IT IS SO ORDERED.**

Date: August 23, 2017

Hon. Michael M. Anello
United States District Judge